# UNITED STATES DISTRICT COURT
## District of Maine

| | | |
|---|---|---|
| Unitil Corporation and Northern Utilities, Inc. | ) | |
| d/b/a Unitil | ) | |
| | ) | Case No. 2:16-cv-00443-JAW |
| Plaintiff(s), | ) | |
| | ) | |
| vs. | ) | |
| Utility Workers Union of America, Local 341 | ) | |
| | ) | |
| Defendant(s). | ) | |

## CERTIFICATION FOR ADMISSION PRO HAC VICE

I hereby request admission to the Bar of this Court Pro Hac Vice, in support of which I represent that the answers to the following questions are complete, true and correct:

1. Name: Edward M. Kaplan, Esq.

2. State bar membership number(s): New Hampshire Bar #1307

3. Firm name, address and telephone number:

   Sulloway & Hollis, P.L.L.C., 9 Capitol Street, Concord, NH 03301 (603)224-2341

4. List state and federal courts or bar associations in which you are a member in good standing to practice law:

   United States District Court for the District of NH, NH Supreme Court, United States Court of Appeals - 1st Circuit

   United States Court of Appeals - 4th Circuit, United States District Court for the District of VT, United States Supreme Court

5. Name, address and telephone number of associated local counsel:

   William D. Pandolph, Esq.

   Sulloway & Hollis, P.L.L.C., 9 Capitol Street, Concord, NH 03301 (603)224-2341

6. Have you been denied admission, disbarred, suspended from practice, reprimanded, denied "in good standing" status, or otherwise disciplined by any court, bar association, grievance committee or administrative body?  ☐ Yes  ☑ No

7. Have any proceedings, which could lead to any such disciplinary actions as described in question 6, been instituted against you by any such bodies?  ☐ Yes  ☑ No

   (You must attach a separate sheet with detailed explanations of Yes answers to Questions 6 or 7.)

8. Are you familiar with the Federal Rules of Evidence, the Federal Rules of Civil or Criminal Procedure (as applicable to this case) and the local rules of this Court? ☑ Yes ☐ No

Dated: 08/31/2016                    /s/ William D. Pandolph, Esq.
                                     Signature of Local Counsel

Dated: 08/31/2016                    /s/ Edward M. Kaplan, Esq.
                                     Signature of Applicant