UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| Unitil Corporation and Northern Utilities, Inc. d/b/a Unitil, <br>     *Plaintiffs*, <br><br> v. <br><br> Utility Workers Union of America, Local 341, <br>     *Defendant*. | § § § § § § § § § § | Civil Action No. 2:16-cv-00443-JAW |

### DECLARATION OF RAYMOND A. LETOURNEAU, JR.

I, Raymond A. Letourneau, Jr., do hereby depose and state as follows:

1. I am Director of Electric Operations for Unitil. I am more than 21 years of age and I am competent to testify to the matters contained herein based on my personal knowledge, as well as the files and records maintained by Unitil Corporation and related entities in the ordinary course of business.

2. Exhibit A attached to Unitil's Application to Vacate Arbitration Award (the "Application") is a true and genuine copy of the April 2012-March 2017 Agreement By and Between Northern Utilities, Inc., Granite State Gas Transmission, Inc. and the Utility Workers Union of America, Local No. 341.

3. Exhibit B attached to the Application is a true and genuine copy of the Union's April 24, 2015 Grievance Form.

4. Exhibit C attached to the Application is a true and genuine copy of Unitil's April 29, 2015 response to the Union's grievance.

5. Exhibit D attached to the Application is a true and genuine copy of the Union's November 6, 2015 Demand for Arbitration.

6. Exhibit E attached to the Application is a true and genuine copy of the July 28, 2016 Decision & Award received by Unitil from the American Arbitration Association (the "AAA").

7. Exhibit F attached to the Application is a true and genuine copy of the Post-Hearing Brief filed by Unitil with the AAA on June 23, 2016.

8. Exhibit G attached to the Application is a true and genuine copy of Union's Brief received by Unitil from the AAA on June 24, 2016.

Pursuant to 28 U.S.C. Section 1746, I declare under the penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief. Executed this 31st day of August 2016.

/s/ Raymond A. Letourneau, Jr.
Raymond A. Letourneau, Jr.