UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| Unitil Corporation and Northern Utilities, Inc. d/b/a Unitil, | § § § | |
|---|---|---|
| *Plaintiffs*, | § § | Civil Action No. 2:16-cv-00443-JAW |
| v. | § § | |
| Utility Workers Union of America, Local 341, | § § § | |
| *Defendant*. | § | |

## NOTICE OF INTERESTED PARTIES

Pursuant to Local Rule 7.1, plaintiffs Unitil Corporation ("Unitil") and Northern Utilities, Inc. d/b/a Unitil ("Northern") hereby submit their Notice of Interested Parties. Unitil is a public utility holding company organized and existing under and by virtue of the laws of the State of New Hampshire. No "person, association of persons, firms, partnerships, limited liability companies, joint ventures, corporations … or any similar entities" own more than 10% of Unitil. Northern is a public utility organized and existing under and by virtue of the laws of the State of New Hampshire. Northern is wholly-owned by Unitil.

Respectfully submitted,

UNITIL CORPORATION AND NORTHERN
UTILITIES, INC. D/B/A UNITIL

By Their Attorneys,
SULLOWAY & HOLLIS, P.L.L.C.

DATED: September 1, 2016      By: /s/ William D. Pandolph, Esq.
William D. Pandolph, Esq.
9 Capitol Street
Concord, NH 03301
(603)224-2341
e-mail: wpandolph@sulloway.com