UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| Unitil Corporation and Northern Utilities, Inc. d/b/a Unitil,<br><br>*Plaintiffs*,<br><br>v.<br><br>Utility Workers Union of America, Local 341,<br><br>*Defendant*. | Civil Action No. 2:16-cv-00443-JAW |

## NOTICE OF CHANGE OF ADDRESS OF COUNSEL

Please take notice and update your records to reflect that Paul F. Kelly, counsel to Defendant, has a new address and firm name effective January 1, 2008. From this date forward, all correspondence should be directed to the following address, telephone number, or email address:

Segal Roitman, LLP
111 Devonshire Street, 5th Floor
Boston, MA 02109
Tel.: (617) 742-0208
Fax: (617) 742-2187
pkelly@segalroitman.com

Respectfully submitted,
**UTILITY WORKERS UNION OF AMERICA, LOCAL 341**
By its Attorney,

/s/ Paul F. Kelly
Paul F. Kelly
BBO#267000
Segal Roitman, LLP
111 Devonshire Street, 5th Floor
Boston, MA 02109
617-742-0208 ext.228
pkelly@segalroitman.com