UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| Unitil Corporation and Northern Utilities, Inc. d/b/a Unitil,<br>    *Plaintiffs*,<br><br>v.<br><br>Utility Workers Union of America, Local 341,<br>    *Defendant*. | Civil Action No. 2:16-cv-00443-JAW |

## JOINT OBJECTION TO SCHEDULING ORDER

Plaintiffs Unitil Corporation and Northern Utilities, Inc. d/b/a Unitil and defendant Utility Workers Union of America, Local 341 hereby submit their joint objection to the Court's November 1, 2016 Scheduling Order, stating as follows:

1. Plaintiffs have filed an application/motion to partially vacate an arbitration award pursuant to Section 301 of the Labor Management Relations Act of 1947, 29 U.S.C. § 185. *See* Doc. 1. In response, defendant has filed a pleading seeking to confirm the award. *See* Doc. 8.

2. Applications to vacate or confirm arbitration awards follow the rules of motion practice. *See JCI Communications, Inc. v. International Brotherhood of Electrical Workers, Local 103*, 324 F.3d 42 (1st Cir. 2003). *See also Paper, Allied-Industrial, Chemical, and Energy Workers International Union, Local 1-9 AFL-CIO v. S.D. Warren Co.*, 2004 U.S. Dist. LEXIS 22807 *4 (D. Me. Nov. 10, 2004) ("it is not uncommon for motions to confirm arbitration awards to be resolved by dueling summary judgment motions").

3. Accordingly, the parties: (a) agree that discovery is not required and, accordingly, that the case may be placed on an administrative track to be resolved by dispositive

Law Offices of
Sulloway & Hollis, P.L.L.C.
Concord, N.H. 03301

motions (either Rule 12(c) or Rule 56 motions); and (b) request that the Court so modify its Scheduling Order, and set a March 15, 2017 deadline for such motions.

Respectfully submitted,

UNITIL CORPORATION AND NORTHERN UTILITIES, INC. D/B/A UNITIL

By Their Attorneys,
SULLOWAY & HOLLIS, P.L.L.C.

DATED: November 21, 2016     By:   /s/ William D. Pandolph, Esq.
William D. Pandolph, Esq.
Edward M. Kaplan, Esq.
9 Capitol Street
Concord, NH 03301
(603)224-2341
e-mail: wpandolph@sulloway.com

UTILITY WORKERS UNION OF AMERICA, LOCAL 341

By Its Attorneys,
SEGAL ROITMAN, LLP

DATED: November 21, 2016     By:   /s/ Paul F. Kelly, Esq.
Paul F. Kelly, Esq.
111 Devonshire Street, 5th Floor
Boston, MA 02109
(617)742-0208 ext. 228
e-mail: pkelly@segalroitman.com