UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| Unitil Corporation and Northern Utilities, Inc. d/b/a Unitil, §§§§ *Plaintiffs*, | |
| v. | Civil Action No. 2:16-cv-00443-JAW |
| Utility Workers Union of America, Local 341, §§§§ *Defendant*. | |

### STIPULATION OF THE PARTIES RE DOCUMENTS

Plaintiffs Unitil Corporation and Northern Utilities, Inc. d/b/a Unitil and defendant Utility Workers Union of America, Local 341 hereby stipulate as follows with respect to certain documents in connection with this action:

1. Exhibit A attached to Unitil's Application to Vacate Arbitration Award (the "Application") is a true and genuine copy of the April 2012-March 2017 Agreement By and Between Northern Utilities, Inc., Granite State Gas Transmission, Inc. and the Utility Workers Union of America, Local No. 341.

2. Exhibit B attached to the Application is a true and genuine copy of the Union's April 24, 2015 Grievance Form.

3. Exhibit C attached to the Application is a true and genuine copy of Unitil's April 29, 2015 response to the Union's grievance.

4. Exhibit D attached to the Application is a true and genuine copy of the Union's November 6, 2015 Demand for Arbitration.

5. Exhibit E attached to the Application is a true and genuine copy of the July 28, 2016 Decision & Award received by Unitil and the Union from the American Arbitration Association (the "AAA").

6. Exhibit F attached to the Application is a true and genuine copy of the Post-Hearing Brief filed by Unitil with the AAA on or about June 23, 2016.

7. Exhibit G attached to the Application is a true and genuine copy of Union's Brief filed by the Union on or about June 24, 2016.

8. The Court may review and consider Exhibits A-G in connection with any motions filed by the parties in this action, including any motion for judgment on the pleadings under Rule 12(c) of the Federal Rules of Civil Procedure.

Respectfully submitted,

UNITIL CORPORATION AND NORTHERN UTILITIES, INC. D/B/A UNITIL

By Their Attorneys,
SULLOWAY & HOLLIS, P.L.L.C.

DATED: November 21, 2016      By: /s/ William D. Pandolph, Esq.
William D. Pandolph, Esq.
Edward M. Kaplan, Esq.
9 Capitol Street
Concord, NH 03301
(603)224-2341
e-mail: wpandolph@sulloway.com

{C1495383.2 }

|  |  |
|---|---|
|  | UTILITY WORKERS UNION OF AMERICA, LOCAL 341 |
|  | By Its Attorneys, SEGAL ROITMAN, LLP |
| DATED: November 21, 2016 | By: /s/ Paul F. Kelly, Esq. Paul F. Kelly, Esq. 111 Devonshire Street, 5th Floor Boston, MA 02109 (617)742-0208 ext. 228 e-mail: pkelly@segalroitman.com |

Law Offices of
Sulloway & Hollis, P.L.L.C.
Concord, N.H. 03301