UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| | |
|---|---|
| UNITIL CORPORATION, et al,          ) | |
| Plaintiff(s),                     ) | |
| v.                                  ) | CIVIL NO. 2:16-cv-00443-JAW |
| UTILITY WORKERS UNION OF     ) AMERICA LOCAL 341,           ) | |
| Defendant(s).               ) | |

## AMENDED SCHEDULING ORDER

In accordance with Fed.R.Civ.P. 16(b) and the Cost and Delay Reduction Plan for the District of Maine, and pursuant to the Court's order granting the parties' Joint Objection to Scheduling Order, ECF No. 12, the Court proposes this document as the Amended Scheduling Order in this case and hereby forwards it to counsel for consultation.

Unless a party files within ten (10) days an objection seeking alteration of one or more of the provisions of this Amended Order and requests a conference with a judicial officer, this document shall thereupon become the Amended Scheduling Order of the Court and shall govern all further proceedings in this matter.

Track Assignment: This case has been assigned to the Administrative Track. Discovery is prohibited entirely unless specific approval is obtained from a judicial officer.

Subject Matter Jurisdiction: Federal Question.

Jury Trial: None.

Deadline for Joinder of Parties: December 13, 2016.

Deadline for Amendment of the Pleadings: December 13, 2016.

Deadline for Filing of All Dispositive Motions and All *Daubert* and *Kumho* Motions[1] Challenging Expert Witnesses with Supporting Memoranda: March 15, 2017.

Expected Trial Date: This case shall be ready for trial by May 1, 2017.

Further Matters in Aid of Disposition: The plaintiff(s) shall make a written settlement demand upon the defendant(s) by January 17, 2017. The defendant(s) shall respond by February 7, 2017.

So ORDERED.

/s/ John H. Rich III
U.S. Magistrate Judge

Dated this 22nd day of November, 2016.

---

[1] *Daubert v. Merrell Dow Pharmaceuticals, Inc.*, 509 U.S. 579 (1993); *Kumho Tire Co. v. Carmichael*, 526 U.S. 137 (1999). Such motions shall include any challenges to lack of qualifications, scope of testimony and any other issues addressed by these decisions.

UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

<u>CONSENT TO PROCEED BEFORE THE MAGISTRATE JUDGE</u>

Pursuant to the provisions of Title 28 United States Code, Section 636(c)(1), Magistrate Judge John H. Rich III has been designated with the authority to conduct all proceedings in jury and non-jury civil cases. It is the practice of Magistrate Judge John H. Rich III to endeavor to specifically assign for trial the consent cases, whereas cases assigned to be tried before a district judge will ordinarily be placed on a trailing trial list.

If it is the intention of all counsel that this case be tried before Magistrate Judge John H. Rich III, counsel must sign and file a Consent to Proceed form which is located in the Forms section of the Court's web page (www.med.uscourts.gov). The Consent form is to be filed only if it is executed by all counsel.

The trial of any Bangor case will be conducted by Magistrate Judge John H. Rich III in Bangor; the trial of any Portland case will be conducted by Magistrate Judge John H. Rich III in Portland.