UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| Unitil Corporation and Northern Utilities, Inc. d/b/a Unitil, <br>    *Plaintiffs*, <br><br> v. <br><br> Utility Workers Union of America, Local 341, <br>    *Defendant*. | § § § § § § § § § § Civil Action No. 2:16-cv-00443-JAW |

**JOINT MOTION TO EXTEND DEADLINE TO FILE
DISPOSITIVE MOTIONS FROM MARCH 15, 2017 MARCH 17, 2017**

Plaintiff Unitil Corporation and Northern Utilities, Inc. d/b/a Unitil, by and through its counsel, Sulloway & Hollis, P.L.L.C., and Utility Workers Union of America, Local 341, by and through its counsel, Segal Roitman, LLP, hereby move that the Court extend the date by which the parties must file dispositive motions from March 15, 2017 to March 17, 2017. This short extension is necessary due to the expected closing of offices on Tuesday and/or Wednesday.

The granting of this Motion will not result in the continuance of any hearing, conference, or trial. No memorandum of law is necessary in connection with this Motion as the relief requested is within the sound discretion of the Court.

WHEREFORE, the parties respectfully request that the Court:

A.   Extend the time for the parties to file dispositive motions from March 15, 2017 to March 17, 2017; and

B.   Grant such other and further relief as may be just.

Respectfully submitted,

UNITIL CORPORATION AND NORTHERN
UTILITIES, INC. D/B/A UNITIL

By Its Attorneys,
SULLOWAY & HOLLIS, P.L.L.C.

DATED: March 13, 2017  By: /s/ William D. Pandolph, Esq.
William D. Pandolph, Esq.
9 Capitol Street
Concord, NH 03301
(603)224-2341
e-mail: wpandolph@sulloway.com

UTILITY WORKERS UNION OF AMERICA,
LOCAL 341

By Its Attorneys,
SEGAL ROITMAN, LLP

DATED: March 13, 2017  By: /s/ Paul F. Kelly, Esq.
Paul F. Kelly, Esq.
111 Devonshire Street, 5th Floor
Boston, MA 02109
(617)742-0208 ext. 228
e-mail: pkelly@segalroitman.com

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on March 13, 2017.

DATED: March 13, 2017  By: /s/ William D. Pandolph, Esq.
William D. Pandolph, Esq.